# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**DAJ**

**FILED DECEMBER 17, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**07 C 7062**

**(a) PLAINTIFFS**
Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

**DEFENDANTS**
The Dial Corporation, a Missouri Corporation

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Rathna C. Rodgers
Central States Law Department, 10th Floor
9377 W. Higgins Rd., Rosemont, IL 60018 - (847) 518-9800 X3435

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 791 Empl. Ret. Inc. Security Act

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
29 U.S.C. §1145-Defendant violated its federal duty to make benefit contributions pursuant to a CBA & the term of the Plan.

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☐ Yes ☒ No

## IX. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 12/17/07
SIGNATURE OF ATTORNEY OF RECORD: s/ Rathna C. Rodgers

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE SCHENKIER**