FILED
DECEMBER 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 07 C 7062

Central States, Southeast and Southwest Areas Pension Fund
and Howard McDougall, trustee v. The Dial Corporation,
a Missouri corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

JUDGE PALLMEYER
MAGISTRATE JUDGE SCHENKIER

| | |
|---|---|
| NAME (Type or print) | |
| Timothy R. Reuter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Timothy R. Reuter | |
| FIRM | |
| Central States Legal Department | |
| STREET ADDRESS | |
| 9377 West Higgins Road | |
| CITY/STATE/ZIP | |
| Rosemont, Illinois 60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06279373 | (847) 518-9800 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐