**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>           Plaintiffs,<br><br>    v.<br><br>THE DIAL CORPORATION, a Missouri corporation,<br><br>           Defendant. | Case No. 07 c 7062<br><br>District Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Sidney I. Schenkier |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall, trustee, hereby give notice of their voluntary dismissal of the above captioned matter. Plaintiffs further state that the dismissal shall be without prejudice with leave to reinstate.

January 28, 2008

/s/ Rathna C. Rodgers
Rathna C. Rodgers
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, Trustee
9377 West Higgins Road
Rosemont, Illinois 60018
(847) 518-9800, Ext. 3435
rrodgers@centralstatesfunds.org

F:250179 / 07110031 / 1/28/08

## **CERTIFICATE OF SERVICE**

I, Rathna C. Rodgers, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that I served the foregoing Notice of Voluntary Dismissal on Defendant by mailing said motion to:

Margaret Banas
VP, Associate General Counsel-Henkel of America
The Dial Corporation
15501 North Dial Boulevard, MS 2125
Scottsdale, Arizona 85260

Said Notice was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 28th day of January 2008.

/s/ Rathna C. Rodgers
Rathna C. Rodgers
One of Central States' Attorneys