## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7062 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund, et al vs. The Dial Corporation | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed without prejudice with leave to reinstate. Status hearing set for 2/21/2008 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|